# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.     Case No. 6:14-cr-261-Orl-28DAB

**MICHAEL EDWARD TODD**

## ORDER

This cause came before the Court on a Petition for Warrant or Summons for Offender Under Supervision filed February 5, 2015 (Doc. No. 13), initiated by the U.S. Probation Officer of this court as a result of the Probation Officer's belief that the defendant violated the conditions of his supervision. A final hearing on violation of supervised release was held by Magistrate Judge David A. Baker on February 12, 2015 and subsequently, a Report and Recommendation (Doc. No. 15) was entered by Magistrate Judge David A. Baker on February 13, 2015.

The defendant appeared before this Court on April 8, 2015, with counsel, D. Todd Doss and the Assistant United States Attorney. After review of the file and hearing arguments of the parties through their counsel and hearing the defendant, this Court adopts the Report and Recommendation (Doc. No. 15) and finds that the defendant has violated the conditions of supervised release.

It is **ORDERED AND ADJUDGED** that the defendant's supervised release term is hereby **MODIFIED** to add an additional condition of supervised release, that the defendant shall serve 90 days at the Brevard County Sheriff's Work Farm, 2955

Pluckebaum Road, Cocoa, Florida. The defendant shall serve his term for 45 weekends, to include Saturday and Sunday until the 90 days is complete. While at the "Farm," the defendant shall abide by all the rules and regulations of the program. All previous conditions of defendant's supervision shall remain in full force and effect.

**DONE** and **ORDERED** at Orlando, Florida this __10__ day of April, 2015.

JOHN ANTOON II
United States District Judge

Copies to:

United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
Counsel for Defendant
Michael Edward Todd